UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-1981 PA (DFMx) | Date | December 12, 2024 |
|---|---|---|---|
| Title | Smile Brands, Inc. et al. v. Monarch Beauty LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | None | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      IN CHAMBERS - ORDER TO SHOW CAUSE

       In response to the Court's Order to Show Cause ("OSC") regarding dismissal for lack of prosecution dated November 13, 2024 (Docket No. 12), counsel for plaintiff Smile Brands Inc. ("Plaintiff") advised the Court that this matter has settled. (Docket No. 13.) The Court discharged the OSC and gave Plaintiff twenty days to file with the Court a dismissal of the action or to appear, in-person or telephonically with their clients, to place the settlement on the record. (Docket No. 14.) Instead of doing so, Plaintiff filed another request for additional time to finalize their settlement. (Docket No. 15.) Plaintiff does not provide an adequate justification for the request for additional time, and the request is therefore denied.

       Accordingly, because the defendant in this matter has not filed a response to the Complaint within the time period specified in the Federal Rules of Civil Procedure, the Court hereby orders Plaintiff to show cause, in writing, on or before December 20, 2024 why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond by filing a notice of dismissal, appearing to place the settlement on the record, filing a request for entry of default or the filing of an answer or other response to the Complaint, will result in the imposition of sanctions, including dismissal of this action.

       IT IS SO ORDERED.