**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILE BRANDS, INC. et al., | Case No. CV 24-1981 PA (DFMx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| MONARCH BEAUTY LLC, | |
| Defendant. | |

In accordance with the Court's December 26, 2024 Minute Order dismissing this action for failure to prosecute and failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 26, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE